# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

148160

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JARVON CRAIG BROWN,
   Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 148160
COA: 305794
Genesee CC: 08-023564-FC

_____/

   By order of September 29, 2014, the application for leave to appeal the October 8, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Feronda Smith* (Docket No. 148305). On order of the Court, the case having been decided on July 30, 2015, ___ Mich ___ (2015), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   KELLY, J., would grant leave to appeal for the reasons set forth in her concurrence/ dissent in *People v Feronda Smith*, ___ Mich ___ (2015).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015

p0921

Clerk